IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ASHLEY OLIVER and
ROBERT OLIVER,

      Plaintiffs,

      vs.                                      Civ. No. 24-446 JFR/SCY

SPEEDWAY d/b/a
SPEEDWAY LLC,

      Defendant.

## ORDER TO SHOW CAUSE

This matter comes before the Court sua sponte, following its Order To File Amended Rule 7.1 Notice (Doc. 8). In that order, the Court noted deficiencies in the subject-matter jurisdiction allegations in the Notice of Removal which were not cured in the Corporate Disclosure statement. The Court also noted the new requirement under Federal Rule of Civil Procedure 7.1 to file citizenship disclosure statements, which Defendant had not previously filed. The Court instructed Defendant to provide complete citizenship information for Speedway LLC. The Order concluded:

> **IT IS HEREBY ORDERED** that Defendant file an amended corporate disclosure statement that fully complies with Rule 7.1(a)(2) no later than June 3, 2024.
>
> **IT IS FURTHER ORDERED** that if Defendant does not file an amended corporate disclosure statement showing the facts necessary to sustain diversity jurisdiction by June 3, 2024, the Court may remand this case to state court without further notice.

Doc. 8 at 3.

Defendant did not comply with this Order. Defendant did not file anything by June 3, let alone a complete Rule 7.1(a)(2) statement. Therefore, the Court orders Defendant to show cause in writing within 14 days of the date of this Order why it failed to comply with the Order To File

Amended Rule 7.1 Notice and why this case should not be remanded to state court for lack of

sufficient allegations to establish diversity jurisdiction. Failure to do so may result in this case

being remanded to state court.

      SO ORDERED.

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE